

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     J. Ray Riley v. Nick C. Caridas

Appellate case number:    01-19-00114-CV

Trial court case number:   2016-04629

Trial court:                281st District Court of Harris County

   The reporter's record was originally due on March 26, 2019. This Court has granted three requests for extension until June 24, 2019, the last of which stated that the Court would not grant further extensions absent a showing of exceptional circumstances. The court reporter, Sheila R. Skidmore, has now filed three more requests for extension, stating that she is unable to complete the preparation of the record because she is busy working on other records and due to her mother's illness. Although the Court is sympathetic to court reporter Skidmore's difficulties, this reporter's record is almost five months overdue and the delay is preventing the parties from filing their briefs.

   Accordingly, the Court **denies** Skidmore's pending requests for extension and **abates** the appeal and **remands** to the trial court for a hearing to determine why court reporter Skidmore is unable to complete the reporter's record and when she will complete and file the reporter's record. The trial court shall prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings. The hearing record and supplemental clerk's record shall be filed with the clerk of this court **no later than September 16, 2019**.

   It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
     ☑ Acting individually  ☐ Acting for the Court


Date: __August 15, 2019_____